# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN

JOSEPH R. COROZZO

―――――

WILLIAM R. DICENZO

260 MADISON AVENUE

22ND FLOOR

NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777

FAX (212) 679-1844

August 4, 2009

Via ECF
Honorable Carol B. Amon
United States District Court Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Nicholas Corozzo*
      **Ind. No. 09-cr-00078 (CBA)**

Dear Honorable Judge Amon:

I am counsel for the defendant in the above-entitled matter. This matter is presently scheduled for sentencing next Thursday, August 13, 2009, at 10am. Last Thursday, July 30, 2009, defense counsel received the Pre-Sentence Report ("PSR") from the United States Department of Probation.

As such, defense counsel requests permission to include its objections to the PSR within defendant's sentencing memorandum, which can be filed by next Monday, August 10, 2009.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

Joseph Corozzo

To:   AUSA Elizabeth Geddes via ECF